JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALFRED,<br><br>　　　Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　Defendant. | Case No. 2:25-cv-8099-SB-MBK<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the Court's prior order dismissing this case (Dkt. No. 9), Plaintiff's claims are dismissed without prejudice.

　　　This is a final judgment.

Date: October 22, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge

1